**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Civil Action No. 12-CV-00668-WYD-DLW**

**VIESTI ASSOCIATES, INC.,**

**Plaintiff,**

**vs.**

**THE McGRAW-HILL COMPANIES, INC., and
JOHN DOE PRINTERS 1 - 10,**

**Defendants.**

---

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT [DOC. #24]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [Doc. #24] was referred to the Magistrate Judge on June 21, 2012 by Judge Wiley Daniel and after review,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint [Doc. #24] is **GRANTED.**

**DATED: August 7, 2012.**

                                            **BY THE COURT:**

                                            **s/David L. West
United States Magistrate Judge**