IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00668-WYD-DW

VIESTI ASSOCIATES, INC.,

    Plaintiff,

v.

MCGRAW-HILL COMPANIES, INC. and
JOHN DOE PRINTERS 1-10,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On August 7, 2012, Magistrate Judge West granted the Plaintiff's Unopposed Motion for Leave to File First Amended Complaint.  (ECF No. 32).  Accordingly, the motion to dismiss (ECF No. 18) is **DENIED WITHOUT PREJUDICE.**

    Dated:  August 8, 2012