IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00668- WYD-DLW

VIESTI ASSOCIATES, INC.

    **Plaintiff,**

v.

McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC,
and McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC,

    **Defendants.**

---

**ORDER RE: (Doc. #85)**

---

This matter comes before the Court on the parties' Joint Motion to Stay. Having reviewed the motion, the Court concludes that the motion should be granted.

IT IS HEREBY ORDERED that the Parties' Joint Motion to Stay is GRANTED. The instant action, including all discovery and motion practice <u>other than</u> the Motion to Intervene [Doc. No. 83] and McGraw-Hill Education's forthcoming motion for summary judgment on standing is STAYED. This stay is without prejudice to the Parties' rights, upon lifting the stay, to file additional dispositive motions not addressing the issue of standing and/or non-dispositive motions. Within fourteen days of entry of the Court's Orders on <u>both</u> the Motion to Intervene and Motion for Summary Judgment, the parties are instructed to submit a proposed schedule setting forth deadlines for completion of expert discovery and pretrial proceedings.

IT IS FURTHER ORDERED that McGraw-Hill Education's opposition to the pending Motion to Compel [Doc. No. 78] shall be filed within 14 days of entry of the later of the

{00715421;v1}

Court's Orders on The Motion to Intervene and McGraw-Hill Education's Motion for Summary Judgment on standing.

IT IS FURTHER ORDERED that the briefing schedule for the Motion to Stay is as follows:

- McGraw-Hill Education's responsive brief shall be filed on or before April 25, 2014.

- The Intervenor-Plaintiffs' reply shall be filed on or before May 12, 2014.

It is FURTHER ORDERED that the briefing schedule for McGraw-Hill Education's Motion for Summary Judgment on standing is as follows:

- McGraw-Hill Education's motion shall be filed on or before April 25, 2014.

- Plaintiff's response shall be filed on or before May 21, 2014.

- McGraw-Hill Education's reply shall be filed on or before June 13, 2014.

Dated: April 7, 2014

BY THE COURT:

_____

{00715421;v1}