**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

---

**CIVIL COURTROOM MINUTES**

---

**Civil Action No.: 12-CV-00668-WYD**          **Date: July 28, 2014**
**Secretarial Assistant: Shirley W. Dills**          **Tape No.: FTR**

---

**VIESTI ASSOCIATES, INC.,**

                                                            **Attorney: Christopher Seidman**

**Plaintiff(s)**

**v.**

**McGRAW-HILL GLOBAL EDUCATION
HOLDINGS, LLC., et al.**

                                                            **Attorney: Christopher Beall**

**Defendant(s)**

---

**HEARING: Oral Argument - Motion to Intervene [Doc. #83]**

**Court in Session: 2:23 P.M.**

Court hears oral argument of Plaintiff and Defendant regarding Motion to Intervene by various photographers. [Doc. #83]

Court makes inquiry of both parties as to questions it has and hears responses of counsel.

Court inquires as to whether parties wish to delay decision on this matter to allow parties to discuss settlement prior to making its ruling.

Parties decline.

**ORDERED:**
   •      The Motion to Intervene [Doc. #83] is DENIED for the reasons set forth on the
          record.  The Court will enter a written Order on its ruling in the next few days.
   •      Parties advised of right to appeal after written order entered.

Hearing Concluded
**Court in Recess: 3:49 P.M.**
Time: 1 Hour 26 Minutes