IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00668-WYD-DW

VIESTI ASSOCIATES, INC.,

    Plaintiff,

v.

McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC and
McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Summary Judgment, filed on February 11, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, McGraw-Hill Global Education Holdings, LLC and McGraw-Hill School Education Holdings, LLC, and against Plaintiff, Viesti Associates, Inc., on Defendants' Motion for Summary Judgment. It is further

ORDERED that Plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>12th</u> day of February, 2015.

                                             FOR THE COURT:

                                             JEFFREY P. COLWELL, CLERK

                                             <u>/s/ Robert R. Keech</u>
                                             Robert R. Keech,
                                             Deputy Clerk