IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00668-WYD-DW

VIESTI ASSOCIATES, INC.,

      Plaintiff,

v.

McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, and
McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC,

      Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER comes before the Court on the Joint Stipulation of Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii).  (ECF No. 145).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the case should be dismissed with prejudice under the terms of the parties' confidential Settlement Agreement and Release, all parties to bear their own costs.

Accordingly, it is

ORDERED that the Joint Stipulation of Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 145)  is **APPROVED**.  This matter is **DISMISSED WITH PREJUDICE** under the terms of the parties' confidential Settlement Agreement and Release, all parties to bear their own costs.

Dated:  June 19, 2015

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior United States District Judge